76

## EZEKIEL SOLOMON
v.
## TOUSSAINT POTHIER

1807

### Journal Entries

1. Appearance . . . . . . . . . . Journal, infra, *p. 51
2. Declaration filed . . . . . . . . . . " 85
3. Continuance . . . . . . . . . . . " 86
4. Rule to plead . . . . . . . . . . " 109
5. Postponement . . . . . . . . . . . " 128
6. Depositions opened and filed . . . . . . . . " 156
7. Continuance . . . . . . . . . . . " 166
8. Discontinuance . . . . . . . . . . " 210

### Papers in File
[None]